UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NELSON B. COLWELL, | Case No. 10-10091 |
| Plaintiff, | ARTHUR J. TARNOW<br>SENIOR UNITED STATES |
| v. | DISTRICT JUDGE |
| COMMISSIONER OF SOCIAL<br>SECURITY, | MAGISTRATE JUDGE<br>R. STEVEN WHALEN |
| Defendant. | |
| _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [14]

On December 3, 2010, Magistrate Judge Whalen issued a Report and Recommendation [14] that Defendant's Motion for Summary Judgment [13] should be granted and Plaintiff's Motion for Summary Judgment [11] should be denied. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [13] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **DENIED**.

**SO ORDERED**.

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: December 23, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 23, 2010, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Relief Case Manager